No. 861, Misc. THOMAS *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Gerald W. Getty* and *James J. Doherty* for petitioner.

No. 893, Misc. LADD *v.* CALIFORNIA ET AL. Petition for writ of certiorari to the Supreme Court of California and for other relief denied.

No. 963, Misc. ARMSTRONG *v.* CALIFORNIA ET AL. Petition for writ of certiorari to the Supreme Court of California and for other relief denied.

No. 993, Misc. LOFTON *v.* DOUGLAS, SECRETARY OF THE AIR FORCE, ET AL. The motion to substitute Dudley C. Sharp in the place of James H. Douglas as a party respondent is granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Samuel L. Strother* for respondents.

No. 221. PHILCO CORPORATION *v.* UNITED STATES, 361 U. S. 825. Motion for leave to file petition for rehearing denied.

No. 398. UNITED STATES *v.* ALABAMA ET AL., 362 U. S. 602. Petition for rehearing and motion to retax costs denied.

No. 435. KINNEAR-WEED CORPORATION *v.* HUMBLE OIL & REFINING CO., 361 U. S. 903. Motion for leave to file petition for rehearing and for other relief denied.